IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

VICKY S. CRAWFORD )
)
v. ) NO. 3:03-0996
) JUDGE CAMPBELL
THE METROPOLITAN GOVERNMENT )
OF NASHVILLE/DAVIDSON COUNTY, )
TENNESSEE )

ORDER

Pending before the Court is Defendant's Motion to Reconsider Re-Opening of Discovery (Docket No. 96). The Court held a status conference on April 16, 2009, at which it reopened discovery for the limited purpose of allowing Plaintiff to take the deposition of Joe Sullivan from KPMG. Plaintiff was ordered to complete this deposition by July 16, 2009. Docket No. 95.

Defendant asks the Court to reconsider its decision and not allow Plaintiff to take the deposition of Mr. Sullivan. Plaintiff asserts that the deposition is necessary, pursuant to Fed. R. Civ. P. 56(f), to respond to Defendant's anticipated dispositive motion.

Regardless of whether any privilege log was produced, as argued by Defendant, or any documents were withheld, as argued by Plaintiff, the Court finds that Plaintiff should be allowed to take this deposition to fully respond to the anticipated dispositive motion. Therefore, Defendant's Motion to Reconsider (Docket No. 96) is DENIED. Plaintiff shall be allowed to take the deposition of Joe Sullivan by July 16, 2009.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE