IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | |
|---|---|
| VICKY S. CRAWFORD | ) |
| | ) |
| v. | ) NO. 3:03-0996 |
| | ) JUDGE CAMPBELL |
| THE METROPOLITAN GOVERNMENT | ) |
| OF NASHVILLE/DAVIDSON COUNTY, | ) |
| TENNESSEE | ) |

ORDER

Pending before the Court is Defendant's Motion for Summary Judgment (Docket No. 103).

For the reasons stated in the accompanying Memorandum, Defendant's Motion is DENIED.

This action remains set for trial on January 19, 2010.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE