IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

VICKY S. CRAWFORD )
)
v. ) NO. 3:03-0996
) JUDGE CAMPBELL
METROPOLITAN GOVT. OF )
NASHVILLE AND DAVIDSON )
COUNTY, TENNESSEE )

VERDICT FORM

We, the jury, unanimously find as follows:

1. **Did the Defendant retaliate against the Plaintiff in violation of Title VII?**

   X  Yes          ___ No

If you answered "Yes" to Question 1, proceed to Question 2. If you answered "No" to Question 1, have your foreperson sign and date this form and return it to the Court.

2. **If you answered "yes" to Question 1, then what amount of compensatory damages, backpay, and front pay as defined in the Court's instructions, is the Plaintiff entitled to against the Defendant for that retaliation?**

   $ 420,000.00     Compensatory Damages

   $ 408,762.12     Back Pay

   $ 727,496.74     Front Pay

   $ 1,556,258.86   TOTAL

                                    1-25-2010
                                    _____
                                       DATE