UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

VICKY S. CRAWFORD,                      )
                                        )
          Plaintiff                     )
                                        )
v.                                      )    No. 3:03-0996
                                        )    Judge Campbell/Brown
THE METROPOLITAN GOVERNMENT OF          )    **Jury Demand**
NASHVILLE AND DAVIDSON COUNTY,          )
TENNESSEE, DR. GENE HUGHES,             )
and DR. PEDRO GARCIA,                   )
                                        )
          Defendants                    )

### O R D E R

A telephone conference with Magistrate Judge Brown is set for **Wednesday, April 21, 2010, at 1:00 p.m.** To participate in the conference call, all parties shall call **615-695-2851 at 1:00 p.m.**

It is so **ORDERED**.

/s/ Joe B. Brown
JOE B. BROWN
United States Magistrate Judge